SAMUEL W. SILVERMAN, Appellant, v. H. OTTO WITTPENN, Respondent.—

Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.